UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIPLE B CORPORATION, d/b/a CHARLIE'S PRODUCE,<br><br>Plaintiff,<br>v.<br><br>ORGANIC FRESH FINGERS, INC., d/b/a FRESH N'LOCAL FOODS, *et al.*,<br><br>Defendants. | CASE NO. C18-1665-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the time for Defendants to respond to Plaintiff's complaint (Dkt. No. 8). The parties' motion is GRANTED. The deadline for Defendants to respond to Plaintiff's complaint is December 31, 2018.

DATED this 13th day of December 2018.

William M. McCool<br>Clerk of Court<br><br>s/Tomas Hernandez<br>Deputy Clerk