THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRIPLE B CORPORATION, d/b/a CHARLIE'S PRODUCE,<br><br>Plaintiff,<br>v.<br><br>ORGANIC FRESH FINGERS, INC., d/b/a FRESH N'LOCAL FOODS, *et al.*,<br><br>Defendants. | CASE NO. C18-1665-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Organic Fresh Fingers's unopposed motion for an extension of time to respond to Plaintiff's complaint (Dkt. No. 13). Defendant's motion is GRANTED. The deadline for Defendant Organic Fresh Fingers Inc. to respond to Plaintiff's complaint is January 15, 2019.

DATED this 14th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk