THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TRIPLE B CORPORATION, d/b/a CHARLIE'S PRODUCE,<br><br>Plaintiff,<br><br>v.<br><br>ORGANIC FRESH FINGERS, INC., d/b/a FRESH N'LOCAL FOODS, *et al.*,<br><br>Defendant. | CASE NO. C18-1665-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Organic Fresh Fingers's unopposed motion for an extension of time to respond to Plaintiff's complaint (Dkt. No. 15). The motion is GRANTED. The deadline for Defendants to respond to Plaintiff's complaint is EXTENDED to January 31, 2019.

DATED this 28th day of January 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk