THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIPLE B CORPORATION, d/b/a CHARLIE'S PRODUCE,<br><br>Plaintiff,<br>v.<br><br>ORGANIC FRESH FINGERS, INC., d/b/a FRESH N'LOCAL FOODS, *et al.*,<br><br>Defendants. | CASE NO. C18-1665-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's notice of settlement (Dkt. No. 17). The status conference, currently set for February 26, 2019, is VACATED.

DATED this 19th day of February 2019.

William M. McCool<br>
Clerk of Court<br><br>
s/Tomas Hernandez<br>
Deputy Clerk

MINUTE ORDER
C18-1665-JCC
PAGE - 1