THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIPLE B CORPORATION, d/b/a CHARLIE'S PRODUCE, <br><br> Plaintiff, <br><br> v. <br><br> ORGANIC FRESH FINGERS, INC., d/b/a FRESH N'LOCAL FOODS, *et al.*, <br><br> Defendants. | CASE NO. C18-1665-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The parties are ORDERED to file the appropriate dismissal paperwork or a joint status report outlining the status of the parties' negotiations by April 15, 2019.

DATED this 1st day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk