THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIPLE B CORPORATION, d/b/a CHARLIE'S PRODUCE, <br><br> Plaintiff, <br><br> v. <br><br> ORGANIC FRESH FINGERS, INC., d/b/a FRESH N' LOCAL FOODS, *et al.*, <br><br> Defendants. | CASE NO. C18-1665-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' report on settlement (Dkt. No. 20). The Clerk is DIRECTED to administratively close the case. The parties are DIRECTED to file appropriate dismissal paperwork by July 20, 2020.

DATED this 16th day of April 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1665-JCC
PAGE - 1